| | |
|---|---|
| GAURAV BOBBY KALRA (CABN 219483)<br>Gaurav Bobby Kalra, Attorney at Law<br>177 East Colorado Boulevard, Suite 200<br>Pasadena, CA 91105<br>(213) 435-3469<br>Fax: (213) 559-8386<br>Email: bobby@outofcontrolboss.com | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney<br>MICHELLE LO (NYRN 4325163)<br>Chief, Civil Division<br>J. WESLEY SAMPLES (CABN 321845)<br>Assistant United States Attorneys<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200<br>FAX: (415) 436-7234<br>wes.samples@usdoj.gov<br><br>Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD MENDOZA,<br><br>  Plaintiff,<br><br>  v.<br><br>BILL NELSON, ADMINISTRATOR,<br>NATIONAL AERONAUTICS AND SPACE<br>ADMINISTRATION<br><br>  Defendant. | CASE NO. 4:22-cv-07657-HSG<br><br>**JOINT STIPULATION TO CONTINUE JOINT CASE MANAGEMENT STATEMENT, CASE MANAGEMENT CONFERENCE, AND OTHER DEADLINES, AND ORDER (as modified)**<br><br>Current Date: March 14, 2023<br>Time: 2:00 p.m.<br>Via Conference Line<br><br>The Honorable Haywood S. Gilliam, Jr. |

Having conferred, and pursuant to Civil Local Rules 6-1(a), 6-2(a) and 7-12, and subject to the Court's approval, the Parties jointly stipulate as follows:

WHEREAS, the Court has advised the Parties that this case may fall within the scope of General Order 71.  *See* Dkt. No. 5.

WHEREAS, the current deadline for Defendant to answer or otherwise respond to the Complaint is April 7, 2023.  *See* Fed. R. Civ. P. 12(a)(2).

WHEREAS, the Court has set a deadline for the Parties to file a Joint Case Management Statement for March 7, 2023, and set a Case Management Conference for March 14, 2023, before which time the Parties will have exchanged the Initial Disclosures specified in General Order 71.  *See* Dkt. No. 14.

NOW, WHEREFORE, the Parties jointly and respectfully submit this three-part stipulation.

First, Plaintiff Donald Mendoza and Defendant Bill Nelson, Administrator, National Aeronautics and Space Administration (hereafter jointly, the "Parties") hereby agree that General Order 71 applies to this case.  *See* Dkt. No. 5.  Accordingly, the Parties shall exchange the Initial Discovery specified in General Order 71 within 30 days after the Defendant has submitted a responsive pleading or motion.

Second, pursuant to Civil Local Rule 6-1(a), the Parties hereby stipulate to extend the deadline for Defendant to answer or otherwise respond to the Complaint (Dkt. No. 1) to April 28, 2023.

Third, pursuant to Civil Local Rules 6-2(a) and 7-12, and subject to the Court's approval, the Parties jointly stipulate to continue the Joint Case Management Statement from March 7, 2023, to Tuesday, June 6, 2023, and the Initial Case Management Conference from March 14, 2023, to Tuesday, June 13, 2023, at 2:00 pm.  *See* Dkt. No. 14.  The Parties make this request in the spirit of efficiency and to preserve judicial resources, so that they may have the advantage of having exchanged the Initial Discovery specified in General Order 71 before proceeding with a Case Management Conference or preparing a Joint Case Management Statement, and to accommodate the schedules of the Parties.  These jointly requested schedule modifications will not impact any deadlines other than those set by the Court in the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 5) and the Clerk's Notice Setting Case Management Conference for Reassigned Civil Case (Dkt. No. 14).  This is the first request by the Parties to modify the schedule in this case.

//

1 | //

2 | Respectfully submitted

3 | DATED: February 27, 2023 | */s/ Gaurav Bobby Kalra\**
  | | GAURAV BOBBY KALRA
4 | | *Counsel for Plaintiff*

6 | DATED: February 27, 2023 | STEPHANIE M. HINDS
  | | United States Attorney

8 | By: | */s/ J. Wesley Samples*
  | | J. WESLEY SAMPLES
  | | Assistant United States Attorney
9 | | *Attorney for the United States of America*

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Joint Case Management Statement is continued from March 7, 2023, to Tuesday, June 6, 2023, and the Telephonic Initial Case Management Conference is continued from March 14, 2023, to Tuesday, June 13, 2023, at 2:00 pm. Pursuant to Civil Local Rule 6-1(a) the deadline for Defendant to answer or otherwise respond to the Complaint (Dkt. No. 1) is April 28, 2023.

DATE:  3/6/2023

THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge